UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ARNETTA GILLIAM,

    Plaintiff,

v.

BERKELY CONTRACT PACKAGING, LLC(IL),

    Defendant.                       No. 12-cv-1174-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on June 27, 2014, this case is **DISMISSED** with prejudice.

Judgment is entered in favor of Berkeley and against Gilliam. Gilliam's claims are **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     /s/*Caitlin Fischer*
                                                    Deputy Clerk

Dated:  June 27, 2014

Digitally signed by David R. Herndon
Date: 2014.06.27 15:05:45 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT